```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RUSSELL DAVID MCINTIRE,**

    **Plaintiff,**

**v.**   //   **CIVIL ACTION NO. 1:07CV169**
                                         **(Judge Keeley)**

**ABN AMRO MORTGAGE GROUP, INC.,**
    **Defendant.**

### ORDER SEALING NOTICE OF REMOVAL AND ATTACHMENTS

On December 27, 2007, the plaintiff filed a motion to seal the notice of removal and attachments in this case. For good cause shown, the Court **GRANTS** the motion (dkt. no. 5) and orders the Clerk to **SEAL** the Notice of Removal (dkt. no. 2) with all attachments.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 7, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE