```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RUSSELL DAVID MCINTIRE,**

      **Plaintiff,**

**v.**                    //    CIVIL ACTION NO. 1:07CV169
                                      (Judge Keeley)

**ABN AMRO MORTGAGE GROUP, INC.,**
      **Defendant.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **March 10, 2008 at 11:30 a.m.** is **RESCHEDULED** for **March 10, 2008 at 3:30 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: February 26, 2008.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE