IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RUSSELL DAVID MCINTIRE,**

    **Plaintiff,**

v.                           //     CIVIL ACTION NO. 1:07CV169
                                    (Judge Keeley)

**ABN AMRO MORTGAGE GROUP, INC.,**
    **Defendant.**

### ORDER DENYING MOTION TO REMAND

On January 9, 2008, the plaintiff filed a motion to remand. For the reasons stated on the record at the March 10, 2008 scheduling conference, the Court **DENIES** the motion (dkt. no. 7).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: March 11, 2008.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE